```
 1  SUBT
    VERNON A. NELSON, JR., ESQUIRE
 2  Nevada Bar No. 6434
    COOPER LEVENSON APRIL
 3     NIEDELMAN & WAGENHEIM, P.A.
 4  6060 Elton Avenue, Suite A
    Las Vegas, NV  89107-0126
 5  Telephone:  (702) 366-1125
    Facsimile:  (702) 366-1857
 6  E-mail: vnelson@cooperlevenson.com
    Attorney for Plaintiff
 7  Venetian Casino Resort, LLC
 8
                    UNITED STATES DISTRICT COURT
 9
                         DISTRICT OF NEVADA
10
11
    VENETIAN CASINO RESORT, LLC, a Nevada
12  Limited Liability Company,
13                  Plaintiff,                Case No: 2:11-cv-00578-PMP-GWF
14  vs.
15  SOFTWARE QUALITY ENGINEERING, INC., a
    Florida corporation, DOES I through X, and ROE    SUBSTITUTION OF COUNSEL
16  CORPORATIONS I through X, inclusive               FOR PLAINTIFF
17                  Defendants
18
19
20  TO ALL PARTIES:
21       Plaintiff hereby substitutes VERNON A. NELSON, ESQ., of the law firm COOPER
22  ///
23  ///
24  ///
25  ///
26
27
28
```

LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., as its attorney in the above-entitled action.

DATED this 25 of May, 2011

        VENETIAN CASINO RESORT, LLC,
        The Plaintiff herein

        By: _____

        Representative for Venetian Casino
        Resort, LLC
        3355 Las Vegas Boulevard, South
        Las Vegas, NV 89109
        (702)-414-4406

I, CAROL L. WETZEL, counsel of record for Plaintiff hereby consent to the substitution of VERNON A. NELSON, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., in my place and stead as the attorney for the Plaintiff in the above-entitled action.

        By: _____
        CAROL L. WETZEL, ESQ.
        Nevada Bar No.: 04793
        3355 Las Vegas Boulevard, South
        Las Vegas, NV 89109
        (702) 414-4406

I, VERNON A. NELSON, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., hereby accepts the foregoing substitution of attorney of record for Plaintiff in the above-entitled matter.

DATED this 25 day of May, 2011.

                                            COOPER LEVENSON APRIL
                                            NIEDELMAN & WAGENHEIM, P.A.

                                            By: _____
                                                  VERNON A. NELSON, JR., ESQ.
                                                  Nevada Bar No. 6434
                                                 6060 Elton Avenue, Suite A
                                                 Las Vegas, NV  89107-0126
                                                 Telephone:  (702) 366-1125
                                                 Facsimile:  (702) 366-1857

## ORDER

IT IS SO ORDERED

DATED this 26th day of May, 2011.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE
                                            Case No. 2:11-cv-00578-PMP-GWF
                                            SUBSTITUTION OF COUNSEL FOR PLAINTIFF