KIMBERLY MAXSON-RUSHTON, ESQUIRE
Nevada Bar No. 005065
COOPER LEVENSON APRIL
   NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, NV 89107-0126
Telephone: (702) 366-1125
Facsimile: (702) 366-1857
E-mail: krushton@cooperlevenson.com
*Attorney for Plaintiff*
*Venetian Casino Resort, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **VENETIAN CASINO RESORT, LLC**, a Nevada Limited Liability Company,<br><br>              Plaintiff,<br><br>v.<br><br>**SOFTWARE QUALITY ENGINEERING, INC.**, a Florida corporation, **DOES I** through **X**, and **ROE CORPORATIONS I** through **X**, inclusive<br><br>              Defendants. | **CASE NO.: 2:11-cv-00578-PMP-GWF** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between KIMBERLY MAXSON-RUSHTON, ESQ., attorney for Plaintiff VENETIAN CASINO RESORT, LLC, of the law firm of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A and ALAN LEFEBVRE, ESQ., attorney for Defendant SOFTWARE QUALITY ENGINEERING, INC. that the claims

/ / /

/ / /

/ / /

1 herein of Plaintiff VENETIAN CASINO RESORT, LLC against Defendant SOFTWARE
2 QUALITY ENGINEERING INC. shall be dismissed with prejudice.
3     DATED this _10th_ day of April, 2012.

| COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. | KOLESAR & LEATHAM |
|---|---|
| _/s/ Kimberly Maxson-Rushton_ | _/s/ Alan J. Lefebvre_ |
| KIMBERLY MAXSON-RUSHTON, ESQ. | ALAN J. LEFEBVRE, ESQ. |
| Nevada Bar No. 005065 | Nevada Bar No. 00848 |
| 6060 Elton Avenue, Suite A | 400 South Rampart Blvd., Suite 400 |
| Las Vegas, NV 89107-0126 | Las Vegas, Nevada 89142 |
| *Attorney for Plaintiff* | *Attorneys for Defendant,* |
| *Venetian Casino Resort, LLC* | *SOFTWARE QUALITY ENGINEERING, INC.* |

## ORDER

It is so Ordered. Case dismissed.

DATED this _11th day of April, 2012.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

COOPER LEVENSON APRIL
 NEIDELMAN & WAGENHEIM P.A.

_/s/ Kimberly Maxson-Rushton_
KIMBERLY MAXSON-RUSHTON, ESQ.
Nevada Bar # 005065
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
*Attorney for Plaintiff*
VENETIAN CASINO RESORT, LLC